CENTER FOR DISABILITY ACCESS
Naomi Butler, Esq, SBN 332664
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
naomib@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**,<br><br>             Plaintiff,<br><br>      v.<br><br>**T Rock Inc.**, a California Corporation,<br><br>             Defendants. | **Case:** 4:22-cv-00283-JST<br><br>**Plaintiff's Notice of Voluntary Dismissal Without Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant T Rock Inc has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: January 3, 2023                      CENTER FOR DISABILITY ACCESS

                                                              By: */s/ Naomi Butler*
                                                              Naomi Butler, Esq.
                                                              Attorney for Plaintiff

1